LACKAWANNA STEEL CONSTRUCTION CORPORATION, Respondent, *v.* THE STATE OF NEW YORK, Appellant.

(Claim No. 23466.)

(Argued October 24, 1935; decided November 20, 1935.)

John J. Bennett, Jr., Attorney-General (*Leon M. Layden* and *Henry Epstein* of counsel), for appellant.

*Ray M. Stanley* and *Benjamin McClung* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.